United States District Court
District Of Maine

| | |
|---|---|
| Kristin A. King, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>State Of Maine, Department )<br>Of Corrections, )<br>)<br>    Defendant. ) | Docket No. 1:13-cv-00163-JDL |

### Plaintiff's Motion For Leave To File First Amended Complaint

Under Fed. R. Civ. P. 15(a)(2), Plaintiff seeks leave of Court to amend her complaint both (1) to add additional Defendant David Garrison and (2) to clarify and supplement her claims against existing Defendant State of Maine, Department of Corrections. The proposed First Amended Complaint is attached. The grounds for this Motion are as follows:

First, this motion is timely under the Court's Order (Docket # 33) extending the Deadline to amend pleadings and join parties until February 27, 2015.

Second, Rule 15(a) provides that leave to amend pleadings "shall be freely given when justice so requires." *See generally J.S. McCarthy, Co. v. Brausse Diecutting & Converting Equip., Inc.*, 226 F.R.D. 14, 17 (D. Me.

2005) (following "the liberal dictates" of this Rule to allow amendment of complaint even after deadline in scheduling order).

Third, because Plaintiff's claims against David Garrison are based on many of the same facts as the claims in Plaintiff's original complaint in this matter, amending the complaint to litigate these claims together will promote judicial economy and efficiency.

Because good cause has been shown, the Court should grant Plaintiff's Motion for Leave to File First Amended Complaint.

Date:   February 27, 2015                    Respectfully submitted,


                                             /s/ David G. Webbert
                                             David G. Webbert, Esq.
                                             Carol J. Garvan, Esq.
                                             Johnson, Webbert & Young, L.L.P.
                                             160 Capital Street, P.O. Box 79
                                             Augusta, Maine 04332-0079
                                             (207) 623-5110

                                             *Attorneys for Plaintiff*

Certificate of Service

I hereby certify that on February 27, 2015 I electronically filed Plaintiff's Motion for Leave to File First Amended Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Kelly L. Morrell, Assistant Attorney General
    kelly.l.morrell@maine.gov

Date: February 27, 2015             /s/ David G. Webbert