United States District Court
District Of Maine

| | | |
|---|---|---|
| Kristin A. King, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | Docket No. 1:13-cv-00163-JDL |
| State Of Maine, Department Of Corrections, et al. | ) ) ) ) | |
|     Defendants. | ) | |

## Plaintiff's Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment

1. Plaintiff Kristin King worked as a corrections officer at the Downeast Correctional Facility (DCF) of the Maine Department of Corrections. Defendants' Answer to First Amended Complaint ¶1 (ECF No. 47).

2. Ms. King's employment was terminated effective September 20, 2011. Defendants' Answer to First Amended Complaint ¶62 (ECF No. 47).

3. In Ms. King's last full year working for DCF prior to her termination, she earned wages of about $46,000 annually. Declaration of Carol J. Garvan, Exhibit A.

4. Ms. King's work search records and application materials document that she applied for hundreds of jobs in a wide variety of fields and locations

from the date of her termination through late 2014. Declaration of Carol J. Garvan, Exhibit B and Exhibit C.

5. Ms. King mostly looked for jobs in security, although she also looked for jobs in other fields, including nursing and computer graphic design. Deposition of Kristin King ("King Depo.") 6:5-10.

6. Although Ms. King lives in Machias, she was willing to travel for work and looked for jobs not only locally but also in Bangor and Calais. King Depo. 5:18-6:4.

7. Ms. King sought advice and assistance with her job search from the Maine Career Center, which is operated by the Maine Department of Labor. King Depo. 90:11-13.

8. In January 2015, upon advice from the Career Center, Ms. King enrolled as a full-time student to get additional educational training. King Depo. 5:1-15; 90:6-10.

9. Ms. King has continued to look for employment while attending school full-time. King Depo. 88:21-89:3.

10. Despite her efforts to find employment, Ms. King has not obtained gainful employment since the termination of her employment at DCF. King Depo. 84:14-17.

3

Date:   January 15, 2016               Respectfully submitted,


                                       /s/ David G. Webbert
                                       David G. Webbert, Esq.
                                       Carol J. Garvan, Esq.
                                       Johnson, Webbert & Young, L.L.P.
                                       160 Capital Street, P.O. Box 79
                                       Augusta, Maine 04332-0079
                                       (207) 623-5110
                                       dwebbert@johnsonwebbert.com
                                       cgarvan@johnsonwebbert.com

                                       *Attorneys for Plaintiff*

## Certificate of Service

      I hereby certify that on January 15, 2016, I electronically filed this court filing and exhibits with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Kelly L. Morrell, Assistant Attorney General
    kelly.l.morrell@maine.gov

Date: January 15, 2016        /s/ David G. Webbert